IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. WATFORD, : | |
| : | CIVIL ACTION |
| Plaintiff, : | NO. 19-5729 |
| : | |
| v. : | |
| : | |
| PHILADELPHIA GAS WORKS, : | |
| : | |
| Defendant. : | |

# O R D E R

**AND NOW** this **12th** day of **October, 2021,** upon consideration of the motion for summary judgment filed by Defendant COMHAR, Inc. (ECF No. 35), and the response and reply thereto (ECF No. 37 & 38), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's motion for leave to file a reply (ECF No. 38) is **GRANTED**; and

2. Defendant's motion for summary judgment (ECF No. 35) is **GRANTED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO,    J.**